

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-14-00646-CR

Sonny James **HERNANDEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 13-07-00115-CRF
Honorable Stella Saxon, Judge Presiding

# O R D E R

The court reporter responsible for preparing the final portion of the reporter's record has filed a notification of late record stating that the record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record and appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court